# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-CR-14068-CANNON/MAYNARD

18 U.S.C. § 846
18 U.S.C. § 841(a)(1)
18 U.S.C. § 853



FILED BY _____ D.C.

NOV 17 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA

vs.

CHRISTOPHER JON BAUER and
BRITTANY LYN DURKIN,

Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Possess with Intent to Distribute Controlled Substances
### (18 U.S.C. § 846)

In or about April, 2022, to on or about August 31, 2022, in Indian River County, in the

Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER JON BAUER and**
**BRITTANY LYN DURKIN,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with

other persons known and unknown to the Grand Jury, to possess with intent to distribute a

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation

of Title 21, United States Code, Section 846.

With respect to defendants, **CHRISTOPHER JON BAUER** and **BRITTANY LYN DURKIN**, the controlled substances involved in the conspiracy attributable to each defendant as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

**COUNT 2**
**Possession with Intent to Distribute Controlled Substances**
**(18 U.S.C. § 841(a)(1))**

On or about August 31, 2022, in Indian River County, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER JON BAUER and**
**BRITTANY LYN DURKIN,**

did knowingly and willfully possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this violation involved 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a schedule II-controlled substance.

**COUNT 3**
**Possession with Intent to Distribute Controlled Substances**
**(18 U.S.C. § 841(a)(1))**

On or about August 31, 2022, in Indian River County, in the Southern District of Florida, and elsewhere, the defendants,

**CHRISTOPHER JON BAUER and**
**BRITTANY LYN DURKIN,**

2

did knowingly and willfully possess with intent to distribute a controlled substance, in violation of

Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B), it is further alleged that this

violation involved 5 grams or more of methamphetamine, its salts, isomers, or salts of its isomers,

a schedule II controlled substance.

## FORFEITURE ALLEGATIONS

1.      The allegations of this Indictment are hereby re-alleged and by this reference fully

incorporated herein for the purpose of alleging forfeiture to the United States of America of certain

property in which the defendants, **CHRISTOPHER JON BAUER** and **BRITTANY LYN**

**DURKIN**, have an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Sections 846 and

841(a)(1), as alleged in this Indictment, the defendant shall forfeit to the United States any property

constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such

offense, and any property used, or intended to be used, in any manner or part, to commit, or to

facilitate the commission of, such offense, pursuant to Title 21, United States Code, Section 853.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

CHRISTOPHER H. HUDOCK
ASSISTANT UNITED STATES ATTORNEY

3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO.:   22-CR-14068-CANNON/MAYNARD

v.

CHRISTOPHER JON BAUER &                     **CERTIFICATE OF TRIAL ATTORNEY\***
BRITTANY LYN DURKIN,
_____/          **Superseding Case Information:**
                Defendants.

**Court Division** (select one)               New Defendant(s) (Yes or No)
   ☐ Miami   ☐ Key West   ☑ FTP       Number of New Defendants
   ☐ FTL    ☐ WPB                         Total number of New Counts

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:

4. This case will take   4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                          (Check only one)
   I    ☑ 0 to  5 days               ☐ Petty
   II   ☐ 6 to 10 days               ☐ Minor
   III  ☐ 11 to 20 days               ☐ Misdemeanor
   IV  ☐ 21 to 60 days               ☑ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge                              Case No.

7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 22-MJ-00142-SMM

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge                              Case No.

9. Defendant(s) in federal custody as of 11/2/22(Bauer) & 11/3/22(Durkin)

10. Defendant(s) in state custody as of

11. Rule 20 from the                District of

12. Is this a potential death penalty case? (Yes or No) No

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No

By: _____
    Christopher H. Hudock
    Assistant United States Attorney
    FLA Bar No.      92454

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   22-CR-14068-CANNON/MAYNARD

UNITED STATES OF AMERICA,

v.

CHRISTOPHER JON BAUER and
BRITTANY LYN DURKIN,                              /

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?        No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

By:   _____

Christopher H. Hudock
Assistant United States Attorney
FL Bar No.        92454
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel: (772) 293-0951
Email: Christopher.Hudock@usdoj.gov

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: CHRISTOHER JON BAUER

**Case No**:   22-CR-14068-CANNON/MAYNARD

Count #: 1

Conspiracy to Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846

* **Max. Term of Imprisonment:** life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years up to life
* **Max. Fine:** $10,000,000 fine / $100 Special Assessment

Count #: 2

Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years up to life
* **Max. Fine:** $5,000,000 fine / $100 Special Assessment

Count #: 3

Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years up to life
* **Max. Fine:** $5,000,000 fine / $100 Special Assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: BRITTANY LYN DURKIN

**Case No**: 22-CR-14068-CANNON/MAYNARD

Count #: 1

Conspiracy to Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846

* **Max. Term of Imprisonment:** life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** 5 years up to life
* **Max. Fine:**  $10,000,000 fine / $100 Special Assessment

Count #: 2

Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years up to life
* **Max. Fine:**  $5,000,000 fine / $100 Special Assessment

Count #: 3

Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 5 years
* **Max. Supervised Release:** 4 years up to life
* **Max. Fine:**  $5,000,000 fine / $100 Special Assessment

**\*Refers only to possible term of incarceration, supervised release and fines.   It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**